

CO-386-online
**FILED** 10/03

MAY 2 5 2005

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

# United States District Court
# For the District of Columbia

INTELSAT GLOBAL SALES AND MARKETING, LTD. )
BUILDING 3, CHISWICK PARK )
566 CHISWICK HIGH ROAD )
LONDON W4 5YA UNITED KINGDOM )
　　　　　　　　　　　　　　　　　　　　　　 )
　　　　　　　　　　Plaintiff　　　　　　　　　 )　　Civil Action
　　　　　　vs　　　　　　　　　　　　　　　　 )
　　　　　　　　　　　　　　　　　　　　　　　 )
LIBERIA TELECOMMUNICATIONS CORPORATION, d/b/a )
LIBTELCO )
PO BOX 10-9039 1000 )
MONROVIA 10 )
LIBERIA )
　　　　　　　　　　Defendant　　　　　　　　 )

CASE NUMBER   1:05CV01046

JUDGE: Royce C. Lamberth

DECK TYPE: Contract

DATE STAMP: 05/25/2005

## CERTIFICATE RULE LCvR 7.1

I, the undersigned, counsel of record for __PLAINTIFF__ certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of __INTELSAT GLOBAL SALES AND MARKETING, LTC.__ which have any outstanding securities in the hands of the public:

INTELSAT SUBSIDIARIES HOLDING CO., LTD (BERMUDA); INTELSAT (BERMUDA) LTD. (BERMUDA); INTELSAT, LTD. (BERMUDA).

These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record

_____
Signature

__422596__
BAR IDENTIFICATION NO.

__David I. Bledsoe__
Print Name

__601 KING STREET__
Address

__ALEXANDRIA VA  22314__
City　　　　　State　　　Zip Code

__703 379 9424__
Phone Number