IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| INTELSAT GLOBAL SALES AND<br>    MARKETING, LTD., formerly known<br>    as INTELSAT UK, LTD.,<br><br>v.<br><br>LIBERIA TELECOMMUNICATIONS<br>    CORPORATION, doing business<br>    as LIBTELCO,<br>        Defendant. | CA No. 1:05CV01046<br>Judge Royce C. Lamberth |

**PLAINTIFF'S RESPONSE TO ORDER OF SEPTEMBER 12, 2005**

Plaintiff Intelsat Global, Ltd., by counsel, respectfully submits this Response to the Court's Order of September 12, 2005.

This Court has subject matter jurisdiction over this matter pursuant to the Foreign Sovereign Immunities Act, 28 U.S.C. §1330, as defendant is an instrumentality of the government of the Republic of Liberia as defined in 28 U.S.C. §1603, and has waived its immunity from the jurisdiction of United States courts as defined in 28 U.S.C. §1605(a)(1) and is engaged in commercial activity that causes a direct effect in the United States as defined in 28 U.S.C. §1605(a)(2). Pursuant to 28 U.S.C. §1608(a)(1), service may be made upon defendant through specially arranged methods of service. The Novation Agreement contains such a provision, which provides that notices may be served on the parties by such methods as registered mail and Federal Express. Exhibit 1 to Complaint, ¶12.2.

On June 1, 2005, the Summons and Complaint was shipped via Federal Express to defendant in the address specified in the Novation Agreement for service of notices.

See Attachment 1. On July 2, that package was returned by Federal Express to counsel as not deliverable due to no addressee being available to accept it. See Attachment 2.

The Summons and Complaint was again sent to the defendant at the specified address by Federal Express on July 6, 2005. See Attachment 3. Federal Express still has not been able to deliver it to the address given by defendant in the Novation Agreement; the reason given to counsel for plaintiff was that the defendant corporation was "on strike."

Further, the Summons and Complaint was sent via registered mail to the defendant on June 9, 2005. See Attachment 4.

Given that the Novation Agreement provides that notice shall be deemed to be given 15 days after mailing by registered mail, plaintiff submits that service was effected June 24, 2005, and the defendant is in default after August 22, 2005. Exhibit 1 to Complaint, ¶12.2. Unless the Court directs otherwise, Plaintiff will file an appropriate motion for entry of default judgment within ten days.

INTELSAT GLOBAL SALES AND<br>
MARKETING, LTD.<br>
By Counsel

_____
David I. Bledsoe
Bar Number 422596
601 King Street
Alexandria, VA  22314
703-379-9424
703-684-1851(fax)

**Extremely Urgent**

Page 1 of 1

FedEx | Ship Manager | Label 7929 3722 1874

From: Origin ID: LVLA (703) 839-4601
Dre' Vitorino
USRP I, LLC-EXEC SUITES
601 King Street

Alexandria, VA 22314
UNITED STATES

SHIP TO: 231226018        BILL SENDER
S.J.M. GERARD
LIBERIA TELECOMMUNICATIONS CORP.
LYNCH STREET
P.O. BOX 10-9039 1000
MONROVIA, 10
LR

Ship Date: 01JUN05
Actual Wgt: 1 LB
System#: 8373652/INET2000
Account#: S ********

REF: BLEDSOE
DESC-1: LEGAL DOCS
DESC-2:
DESC-3:
DESC-4:
SED: NDR30.55(h)
COUNTRY MFG:
CARRIAGE VALUE: 0.00 USD
CUSTOMS VALUE: 0.00 USD
T/C: S 159548872   D/T: S 159548872
SIGN: Dre' Vitorino
EIN/VAT:

Total Weight: 1 LB

IP ENVELOPE

TRK# 7929 3722 1874  FORM 0430

10      --LR



FedEx   INTL PRIORITY
emp# 550958 · 01JUN05
TRK# 7929 3722 1874  FORM 0430
567    --LR        MEM
                   ZX MLWA   PM

These commodities, technology, or software were exported from the United States in accordance with the export administration regulations. Diversion contrary to United States law prohibited.
The Warsaw Convention may apply and will govern and in most cases limit the liability of Federal Express for loss or delay of or damage to your shipment. Subject to the conditions of the contract.

CONSIGNEE COPY - PLEASE PLACE IN POUCH

Federal Express Corporation

155476
155475

ATTACHMENT 1

# FedEx Express International Air Waybill

Tracking No: 8487 2500 5869    Form ID: 0460
**Destination Copy**

**1 From**
Date: 07/02/0[?]
Sender's Name: [redacted]
Phone: [redacted]
Company: SAFEWAY CARGO/GSP FEDEX
Address: 80 BROAD STREET
City: MONROVIA
Country: LIBERIA

**2 To**
Recipient's Name: DRE' VITORINO
Phone: 7038394601
Company: USRPI LLC - EXEC SUITES
Address: 601 KING STREET
City: ALEXANDRIA    State/Province: VA
Country: USA    Postal Code: 22314

**3 Shipment Information**
Total Packages: 1    Total Weight: 05 lbs
Commodity Description: Documents
RIN SHPT. AWB #
Country of Manufacture: LR
Value for Customs: $0

**4 Express Package Service**
[X] FedEx Intl. Priority

**5 Packaging**
[X] FedEx Envelope

**6 Special Handling**

**7a Payment** Bill transportation charges to:
[X] Third Party — 15

**7b Payment** Bill duties and taxes to:
[X] Third Party — 15

Routing: 22314-VA-US    XC LULA    IAD
MEMIP 50621B 06JUL05 01:18  Form 8460
TRK# 8487 2500 5869
INTL PRIORITY CLEARED
LR    VA

From: Origin ID: LVLA (703) 839-4601
Dre' Vitorino
USRP I, LLC-EXEC SUITES
601 King Street

Alexandria, VA 22314
UNITED STATES

SHIP TO: 231226018        BILL SENDER
S.J.M. CARGARD
LIBERIA TELECOMMUNICATIONS CORP.
LYNCH STREET
P.O. BOX 10-9039 1000
MONROVIA, 10
LR

FedEx Express

Ship Date: 06JUL05
Actual Wgt: 1 LB
System#: 8373652/INET2000
Account#: S ********

Total Weight: 1 LB

REF: BLEDSOE
DESC-1: LIBTELCO docs
DESC-2:
DESC-3:
DESC-4:
SED: NDR30.55(h)
COUNTRY MFG:
CARRIAGE VALUE: 0.00 USD
CUSTOMS VALUE: 0.00 USD
T/C: S 159548872    D/T: S 159548872
SIGN: Dre' Vitorino
EIN/VAT:

IP ENVELOPE

TRK# 7911 2758 3790    FORM 0430

10        --LR




These commodities, technology, or software were exported from the United States in accordance with the export administration regulations. Diversion contrary to United States law prohibited.
The Warsaw Convention may apply and will govern and in most cases limit the liability of Federal Express for loss or delay of or damage to your shipment. Subject to the conditions of the contract.

CONSIGNEE COPY - PLEASE PLACE IN POUCH

ATTACHMENT 3



ATTACHMENT 4