IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| INTELSAT GLOBAL SALES AND MARKETING, LTD., formerly known as INTELSAT UK, LTD., | ) ) ) ) | |
| v. | ) ) | CA No. 1:05CV01046 |
| LIBERIA TELECOMMUNICATIONS CORPORATION, doing business as LIBTELCO, Defendant. | ) ) ) ) ) ) | Judge Royce C. Lamberth |

## MOTION FOR DEFAULT JUDGMENT

Plaintiff Intelsat Global Sales and Marketing, Ltd., by counsel, respectfully moves this Court pursuant to F.R.Civ. P. 55, for entry of default judgment in its favor against defendant Liberia Telecommunications Corporation. A Memorandum of Points and Authorities in support of this Motion is filed herewith.

Plaintiff therefore moves this Court for entry of default judgment against defendant in the amount of $1,623,789.83, together with interest from January 25, 2005 at the rate of 16 percent on a principal balance of $1,619,283.08 as provided for in the Novation Agreement, and for such other relief as to the Court seems proper.

                                            INTELSAT GLOBAL SALES AND
                                                MARKETING, LTD.
                                                By Counsel

/s/
David I. Bledsoe
Bar Number 422596
601 King Street
Alexandria, VA  22314
703-379-9424
703-684-1851(fax)