IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| INTELSAT GLOBAL SALES AND MARKETING, LTD., formerly known as INTELSAT UK, LTD., <br><br> v. <br><br> LIBERIA TELECOMMUNICATIONS CORPORATION, doing business as LIBTELCO, <br>        Defendant. | CA No. 1:05CV01046 <br><br> Judge Royce C. Lamberth |

### AFFIDAVIT OF DAVID I. BLEDSOE

Pursuant to 28 U.S.C. §1746, and under penalty of perjury, David I. Bledsoe deposes and says:

1.   I am counsel for plaintiff in this matter. I am over the age of twenty-one and am competent to make this Affidavit.

2.   On June 1, 2005, I forwarded the Summons and Complaint via Federal Express to defendant in the address specified in the Novation Agreement for service of notices. Attachment 1 to this Affidavit is the Federal Express receipt showing the date of the mailing of the Summons and Complaint. On July 2, that package was returned by Federal Express to me as not deliverable due to no addressee being available to accept it. Attachment 2 to this Affidavit is the Federal Express receipt by which the entire package was returned to me.

3.  I again sent the Summons and Complaint to the defendant by Federal Express on July 6, 2005 at the address specified by defendant in the Novation Agreement for service of notices. Attachment 3 is the Federal Express receipt showing the date of that mailing. Federal Express still has not been able to deliver this second transmittal to the address given by defendant in the Novation Agreement; the reason given to counsel for plaintiff was that the defendant corporation was "on strike." This package has also been returned to me by Federal Express.

4.  I also mailed the Summons and Complaint via registered mail to the defendant on June 9, 2005. Attachment 4 to this Affidavit is the United States Post Office receipt showing the date of such mailing.

5.  Defendant is a public corporation owned by the government of Liberia, and is therefore not an infant or incompetent person and not in the military service of the United States.

I declare under penalty of perjury that the foregoing Affidavit is true and correct to the best of my knowledge, information, and belief.

Executed on October 7, 2005.

David I. Bledsoe