**Extremely Urgent**

FedEx | Ship Manager | Label 7929 3722 1874

Page 1 of 1

From:   Origin ID: LVLA   (703) 839-4601
Dre' Vitorino
USRP I, LLC-EXEC SUITES
601 King Street

Alexandria, VA 22314
UNITED STATES

SHIP TO:   231226018                    BILL SENDER
S.J.M. GERARD
LIBERIA TELECOMMUNICATIONS CORP.
LYNCH STREET
P.O. BOX 10-9039 1000
MONROVIA, 10
LR

Ship Date: 01JUN05
Actual Wgt: 1 LB
System#: 8373652/INET2000
Account#: S ********

Total Weight: 1 LB

REF: BLEDSOE
DESC-1: LEGAL DOCS
DESC-2:
DESC-3:
DESC-4:
SED: NDR30.55(h)
COUNTRY MFG:
CARRIAGE VALUE: 0.00 USD
CUSTOMS VALUE: 0.00 USD
T/C: S 159548872          D/T: S 159548872
SIGN: Dre' Vitorino
EIN/VAT:

**IP ENVELOPE**

TRK#   **7929 3722 1874**   FORM 0430

10               --LR

These commodities, technology, or software were exported from the United States in accordance with the export administration regulations. Diversion contrary to United States law prohibited.
The Warsaw Convention may apply and will govern and in most cases limit the liability of Federal Express for loss or delay of or damage to your shipment. Subject to the conditions of this contract.

CONSIGNEE COPY - PLEASE PLACE IN POUCH

Federal Express Corporation

155476
155475

ATTACHMENT 1

**FedEx**   INTL PRIORITY

emp#  550958 · 01JUN05

TRK#  **7929 3722 1874**   FORM 0430

567       --LR       **ZX MLWA**    MEM

PM

848725005869

ATTACHMENT 2

## Limita

**If the gros**
and airbill exc
Five hundred
(21 x 29.7 cm

**Do not se**

**Contents r**
and allow it t
high intrinsic

**Visit us at**
or call your lo

Insert
waybill
here
▼

PACKAGE LABEL
COMMERCIAL INVOICE LABEL
DELIVERY RECORD LABEL
DELIVERY REATTEMPT LABEL

848725005869

©2000

---

**FedEx** Express® **International Air Waybill**

A487 2500 5869          0460

**Destination Copy**

**1 From**

Date 07/02/0

Sender's Name

Company SAFEWAY CARGO/GSP FEDEX

Address 80 BROAD STREET

Address

City MONROVIA    State/Province

Country LIBERIA    Postal Code

Sender's VAT/TURN Number
REQUIRED for Intra-European Shipments

**2 To**

Recipient's Name DRE' VITORINO    Phone 70383946DI

Company USRPI LLC-EXEC SUITES

Address 601 KING STREET
Dept./Floor

Address

City ALEXANDRIA    State/Province VA

Country USA    ZIP/Postal Code 22314

Recipient's Tax ID number for Customs purposes
e.g. GST/RFC/VAT/EIN/SSN, or as locally required

**3 Shipment Information**    For EU Only: Tick here if goods are not in free circulation and provide C.I.

Total Packages 1    Total Weight 05    ☒ DIM
Sender's Load and Count/SLAC

| Commodity Description REQUIRED | Harmonised Code | Country of Manufacture | Value for Customs REQUIRED |
|---|---|---|---|
| DOCUMENTS | | LR | $0 |
| KIN SHPT. AWB # | | LR | VA |

**4 Express Package Service**    *Packages up to 150 lbs. / 68 kg*
*For packages over 150 lbs. (68 kg), use the FedEx Expanded Service Intl. Air Waybill.*

1 ☒ FedEx Intl. Priority    6 ☐ FedEx Intl. First
Available to select locations. Higher rates apply.

3 ☐ FedEx Intl. Economy    57 ☐ NEW FedEx Europe First
FedEx Envelope and FedEx Pak rate not available

Not all services and options are available to all destinations. Dangerous goods cannot be shipped using this Air Waybill.

**5 Packaging**

6 ☒ FedEx Envelope    2 ☐ FedEx Pak    3 ☐ FedEx Box    4 ☐ FedEx Tube
1 ☐ Other    PW ☐ FedEx 10kg Box*    PX ☐ FedEx 25kg Box*

**6 Special Handling**

1 ☐ HOLD at FedEx Location    3 ☐ SATURDAY Delivery

**7a Payment** Bill transportation charges to:

1 ☐ Sender Acct No. in Section 1 will be billed    2 ☐ Recipient    3 ☐ Third Party    5 ☐ Credit Card    ☐ Cash/Cheque
15

**7b Payment** Bill duties and taxes to:

1 ☐ Sender Acct No. in Section 1 will be billed    2 ☐ Recipient    3 ☐ Third Party    5 ☐ Cash/Cheque
15

22314-VA-US
IAD    Form 0460    8487 2500 5869
TRK# 
XC LULR

INTL PRIORITY CLEARED

From:   Origin ID: LVLA  (703) 839-4601
Dre' Vitorino
USRP I, LLC-EXEC SUITES
601 King Street

Alexandria, VA 22314
UNITED STATES

**FedEx**
Express



SHIP TO:   231226018      **BILL SENDER**
**S.J.M. CARGARD**
**LIBERIA TELECOMMUNICATIONS CORP.**
**LYNCH STREET**
**P.O. BOX 10-9039 1000**
**MONROVIA,  10**
LR

Ship Date: 06JUL05
Actual Wgt: 1 LB
System#: 8373652/INET2000
Account#: S *********                                    Total Weight: 1 LB

REF: BLEDSOE
DESC-1: LIBTELCO docs
DESC-2:
DESC-3:
DESC-4:
SED: NDR30.55(h)
COUNTRY MFG:
CARRIAGE VALUE: 0.00 USD
CUSTOMS VALUE: 0.00 USD
T/C: S 159548872          D/T: S 159548872
SIGN: Dre' Vitorino
EIN/VAT:

# IP ENVELOPE

TRK#   **7911  2758  3790**      FORM
                                 0430

**10**                   - -LR



These commodities, technology, or software were exported from the United States in accordance with the export administration regulations. Diversion contrary to United States law prohibited.
The Warsaw Convention may apply and will govern and in most cases limit the liability of Federal Express for loss or delay of or damage to your shipment. Subject to the conditions of the contract.

CONSIGNEE COPY - PLEASE PLACE IN POUCH.

ATTACHMENT 3



| Reg. Fee $ | $7.50 | Special Delivery | $ | |
| Handling Charge | $0.00 | Return Receipt | $ | $1.75 |
| Postage $ | $5.30 | Restricted Delivery | $ | $0.00 |

Received by

Customer Must Declare Full Value $          $0.00

☐ With Postal Insurance
☒ Without Postal Insurance

Domestic Insurance Is Limited To $25,000. International Indemnity Is Limited (See Reverse)

To Be Completed By Post Office

To Be Completed By Customer (Please Print) All Entries Must Be in Ballpoint or Typed

FROM
DAVID I. BLEDSOE, ESQ
601 KING STREET
ALEXANDRIA VA 22314
USA
22320

TO
LIBERIA TELECOMMUNICATIONS CORP
PO BOX 10-9039 1000
MONROVIA 10 LIBERIA
ATTN: JM CARGARD

PS Form 3806, June 2000    **Receipt for Registered Mail**    (Customer Copy) (See Information on Reverse)

Registered Article (Envoi recommandé)

☐ Letter (Lettre)  ☐ Printed Matter (Imprimé)  ☐ Other (Autre)  ☐ Recorded Delivery (Envoi à livraison attestée)  ☐ Express Mail International

☐ Insured Parcel (Colis avec valeur déclarée)    Insured Value (Valeur déclarée) / Insured Number

Office of Mailing (Bureau de dépôt)    Date of Posting (Date de dépôt)

Addressee Name or Firm (Nom ou raison sociale du destinataire)
LIBERIA TELECOMMUNICATIONS CORPORATION

Street and No. (Rue et No.)
P.O. BOX 10-9039 1000 LYNCH STREET

Place and Country (Localité et pays)
MONROVIA 10 LIBERIA

PS Form 2865, October 1992 (7-31-24)

ATTACHMENT 4