IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| INTELSAT GLOBAL SALES AND MARKETING, LTD., formerly known as INTELSAT UK, LTD., <br><br> v. <br><br> LIBERIA TELECOMMUNICATIONS CORPORATION, doing business as LIBTELCO, <br> Defendant. | CA No. 1:05CV01046 <br> Judge Royce C. Lamberth |

## AFFIDAVIT OF BILAL HAFFEJEE

Pursuant to 28 U.S.C. §1746, and under penalty of perjury, Bilal Haffejee deposes and says:

1. I am the Senior Director of Finance for Intelsat Subsidiary Holding Company, Ltd. I am over the age of twenty-one and am competent to make this Affidavit. I make this affidavit on personal knowledge.

2. As part of my duties as Senior Director of Finance for Intelsat Subsidiary Holding Company, Ltd., I am responsible for monitoring the accounts receivable and invoices of plaintiff Intelsat Global Sales and Marketing, Ltd., a subsidiary of Intelsat Subsidiary Holding Company, Ltd. I am familiar with the agreements between plaintiff and defendant. I am also familiar with the invoices issued to defendant Liberia Telecommunications Corporation ("Libtelco") and amounts due from defendant Libtelco and have personal knowledge of those agreements, invoices, and amounts due.

3. Pursuant to the agreements between plaintiff Intelsat USA Sales Corporation and defendant Libtelco, as of January 25, 2005, plaintiff has issued invoices totaling $1,623,789.83 to defendant, which invoices defendant has failed to pay.

4. Pursuant to the agreements between defendant and plaintiff, as of January 25, 2005, defendant owes plaintiff the sum of $1,623,789.83, together with interest due after January 25, 2005 at the rate of 16 percent on a principal balance of $1,619,283.08 and the costs of collection, without any right of setoff by defendant.

5. I declare under penalty of perjury that the foregoing Affidavit is true and correct to the best of my knowledge, information, and belief.

Executed on October 2, 2005.

_____
Bilal Haffejee