IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| INTELSAT GLOBAL SALES AND   )<br>    MARKETING, LTD., formerly known   )<br>    as INTELSAT UK, LTD.,   )<br>   )<br>v.   )<br>LIBERIA TELECOMMUNICATIONS   )<br>    CORPORATION, doing business   )<br>    as LIBTELCO,   )<br>        Defendant.   )<br>   )<br>   ) | CA No. 1:05CV01046<br>Judge Royce C. Lamberth |

**[PROPOSED] ORDER OF DEFAULT JUDGMENT**

This matter having come before the Court upon the Motion of Plaintiff Intelsat Global Sales and Marketing, Ltd., for a default judgment, and it appearing to the court that service has been effected on Defendant Liberia Telecommunications Corporation by the means specified in the agreement between the parties, and it further appearing that Defendant Liberia Telecommunications Corporation has failed to plead or otherwise defend in this action, upon application of the plaintiff and upon affidavit that Defendant is indebted to the Plaintiff in the amount of $1,623,789.83, with interest from January 25, 2005 at the rate of 16 percent on a principal balance of $1,619,283.08, and upon affidavit that Defendant is not an infant or incompetent person and is not in the military service of the United States, it is hereby

ORDERED that pursuant to F.R.Civ. P. 55(b), default is hereby entered against defendant Liberia Telecommunications Corporation, and it is further

ORDERED that judgment is hereby entered in favor of plaintiff against defendant Liberia Telecommunications Corporation in the amount of $_____, plus costs of this suit, and it is further ordered that this judgment shall bear interest at the contract rate of sixteen per cent per annum.

THIS ORDER IS FINAL.

_____
Judge Royce C. Lamberth
United States District Judge