IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| INTELSAT GLOBAL SALES AND MARKETING, LTD., formerly known as INTELSAT UK, LTD., | ) ) ) ) |
| v. | ) ) |
| LIBERIA TELECOMMUNICATIONS CORPORATION, doing business as LIBTELCO, Defendant. | ) ) ) ) ) ) |

CA No. 1:05CV01046

Judge Royce C. Lamberth

## **RESPONSE TO ORDER**

In response to this Court's Order of July 20, 2007, counsel for plaintiff reports that service upon defendant under 28 U.S.C. §1608(b)(2) is not possible in that there appears to be no agent authorized to receive service of process in the United States, nor is Liberia a signatory to an applicable international convention on service of judicial documents.

Accordingly, on July 17, 2007, pursuant to 28 U.S.C. §1608(b)(3)(B), I hand delivered to the Clerk's Office of this Court a copy of the summons and complaint together with a prepaid United States Postal Service Express Mail envelope addressed to the defendant, for mailing by the Clerk. The official language of Liberia is English, thus no translation is required.

                            INTELSAT GLOBAL SALES AND
                                 MARKETING, LTD.
                            By Counsel

_____/s/_____
David I. Bledsoe
VSB 422596
300 North Washington Street
Suite 708
Alexandria, VA  22314
703-379-9424
703-684-1851(fax)