**DAVID I. BLEDSOE**
ATTORNEY AT LAW
300 NORTH WASHINGTON STREET
SUITE 708
ALEXANDRIA, VIRGINIA 22314
TELEPHONE (703) 379-9424
FACSIMILE (703) 684-1851

EMAIL: BLEDSOELAW@EARTHLINK.NET

ADMITTED IN VIRGINIA,
MARYLAND AND D.C.

August 17, 2007

BY HAND
Clerk
United States District Court for the
    District of Columbia
United States District Courthouse
Room 1225
333 Constitution Avenue, NW
Washington DC 20001

    Re: <u>Intelsat Global Sales And Marketing, Ltd. v. Liberia Telecommunications Corporation, 05-1046(RCL)</u>

Dear Madame Clerk:

    In accordance with Judge Lamberth's Order of July 20, 2007, enclosed please find a package for service under 28 U.S.C. 1608(b)(3)(B) for mailing by the Clerk. The package includes:

1. A prepaid Express Mail to the defendant, requiring a signed receipt;
2. a copy of the summons and complaint;
3. A notice of suit.

The official language of Liberia is English, thus no translation is required.

Please call me if you have any questions.

                                                         Sincerely,

                                                         David I. Bledsoe

**RECEIVED**

AUG 1 7 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT