CO 939
Rev. 7/06

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

INTELSAT GLOBAL SALES AND MARKETING, LTD.
Plaintiff(s)

vs.                                                         Civil Action No.: 05-1046 (RCL)

LIBERIA TELECOMMUNICATIONS CORPORATION
Defendant(s)

## CERTIFICATE OF MAILING

I hereby certify under penalty of perjury, that on the __4th__ day of __September__, 20__07__, I mailed:

1. ☐ One copy of the summons and complaint by registered mail, return receipt requested, to the individual of the foreign state, pursuant to the provisions of FRCP 4(f)(2)(C)(ii).

2. ☐ One copy of the summons, complaint and notice of suit, together with a translation of each into the official language of the foreign state, by registered mail, return receipt requested, to the head of the ministry of foreign affairs, pursuant to the provisions of 28 U.S.C. § 1608(a)(3).

3. ☐ Two copies of the summons, complaint and notice of suit, together with a translation of each into the official language of the foreign state, by certified mail, return receipt requested, to the U.S. Department of State, Office of Policy Review and Interagency Liaison, Overseas Citizens Services, 2100 Pennsylvania Avenue, NW, Fourth Floor, Washington, DC 20520, ATTN: Director of Overseas Citizens Services, pursuant to the provisions of 28 U.S.C. § 1608(a)(4).

4. ☒ One copy of the summons and complaint, together with a translation of each into the official language of the foreign state, by registered mail, return receipt requested, to the agency or instrumentality of the foreign state, pursuant to 28 U.S.C. § 1608(b)(3)(B).

NANCY MAYER-WHITTINGTON, CLERK

By: _____
Deputy Clerk

05-1046 (RCL)

| Registered No. RB 863 314 887 US | | | Date Stamp |
|---|---|---|---|
| Reg. Fee $ $10.15 | Special Delivery $ | | 0216 |
| Handling Charge $ $0.00 | Return Receipt $ $0.00 | | 04 |
| Postage $ $6.30 | Restricted Delivery $ $0.00 | | 09/04/07 |
| Received by | | | Domestic Insurance Is Limited To $25,000; International Indemnity Is Limited (See Reverse) |
| Customer Must Declare Full Value $ $0.00 | ☒ With Postal Insurance ☐ Without Postal Insurance | | |

To Be Completed By Post Office

To Be Completed By Customer (Please Print) All Entries Must Be in Ballpoint or Typed

FROM: US DISTRICT COURT, DC
333 CONSTITUTION AVE, NW
WASHINGTON, DC 20001

TO: LIBERIA TELECOMUNICATIONS CORP
LYNCH ST, P.O. BOX 10-9039  1000
MONROVIA 10, LIBERIA

PS Form 3806, Receipt for Registered Mail  (Customer Copy)
February 1995  RE: 05-1046 (RCL)  (See Information on Reverse)

**RECEIVED**

SEP 4 - 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT