UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **INTELSAT GLOBAL SALES AND MARKETING, LTD.**   )   )   )   **Plaintiff,**   )   )   v.   )   )   **LIBERIA TELECOMMUNICATIONS CORPORATION,**   )   )   )   **Defendant.**   )   )   | Civil Action No. 05-1046 (RCL) |

## ORDER

Although this case was filed on May 25, 2005, service has still not been effected on defendant. In response to the Court's order of July 17, 2007, plaintiff sent—via the Clerk's Office—a copy of the summons and complaint by U.S. Postal Service Express Mail. No return receipt has been filed.

If plaintiff has some other method for effecting proper service, now is the time. The Court's patience is virtually exhausted.

SO ORDERED.


Signed by Royce C. Lamberth, United States District Judge, October 10, 2007.