UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **INTELSAT GLOBAL SALES AND MARKETING, LTD.** | ) ) ) | |
| **Plaintiff,** | ) ) | |
| v. | ) ) | Civil Action No. 05-1046 (RCL) |
| **LIBERIA TELECOMMUNICATIONS CORPORATION,** | ) ) ) | |
| **Defendant.** | ) ) | |

## ORDER

In this case filed on May 25, 2005, proper proof of service on defendant still has not been filed. This case is therefore dismissed, without prejudice.

SO ORDERED.


Signed by Royce C. Lamberth, United States District Judge, December 4, 2007.